UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DATAART ENTERPRISES, INC.,

                     Plaintiff,

    -against-

NETWORK PHYSICS, INC.

                     Defendant.
------------------------------------------------------------x

Index No.: 07 CIV 8209

NOTICE OF
DISCONTINUANCE

PLEASE TAKE NOTICE that this action is voluntarily discontinued by plaintiff DataArt Enterprises, Inc.

Dated: New York, New York
       October 22, 2007

                              LYNCH ROWIN LLP

                              By: _____
                                  Marc Rowin (MR 6758)
                              630 Third Avenue
                              New York, New York 10017
                              (212) 682-4001
                              Attorneys for Plaintiff DataArt
                              Enterprises, Inc.

TO: Network Physics, Inc.
      491 Fairchild Drive
      Mt. View, California 94043

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DATAART ENTERPRISES, INC.,

            Plaintiff,

    -against-

NETWORK PHYSICS, INC.

            Defendants.

------------------------------------------------------------x

Index No: 07 CIV 8209

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK )

The UNDERSIGNED, who is not a party to this action/proceeding, being duly sworn, being over the age of 18 years and, having an address in care of Lynch Rowin LLP, 630 Third Avenue, New York, New York 10017, says:

On October 22, 2007, in the manner hereinafter described, true copy(ies) of the following paper(s) were served on respective party(s) at the address(es) hereinafter listed:

[ x ]  By depositing same in an official depository of the U.S. Postal Service in New York City/State enclosed in postage-paid envelope/wrapper duly addressed and sealed.

DESCRIPTION OF PAPERS (and QUANTITY where more than one copy):

NOTICE OF DISCONTINUANCE

ATTORNEY(S)/PARTY(S) SERVED:

Network Physics, Inc.
491 Fairchild Drive
Mt. View, California 94043

Sworn to before me on the
22nd day of October, 2007

_____
Jennifer Escobar

_____
Notary Public

NADINE YAVRU-SAKUK
Notary Public, State of New York
No. 02YA6154905
Qualified in Rockland County
Commission Expires October 23, 20__