NOV 19 2007

ALVIN K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
DATAART ENTERPRISES, INC.,

        Plaintiff,

-against-

NETWORK PHYSICS, INC.

        Defendant.
----------------------------------------x

Index No.: 07 CIV 8209

NOTICE OF
DISCONTINUANCE

    PLEASE TAKE NOTICE that this action is voluntarily discontinued by plaintiff

DataArt Enterprises, Inc.

Dated: New York, New York
       October 22, 2007

So ordered
11/20/07
[signature]

LYNCH ROWIN LLP

By: _____
    Marc Rowin (MR 6758)
630 Third Avenue
New York, New York 10017
(212) 682-4001
Attorneys for Plaintiff DataArt
  Enterprises, Inc.

TO:  Network Physics, Inc.
      491 Fairchild Drive
      Mt. View, California 94043

MEMO ENDORSED 11/21/07